IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01317-BNB

LIONEL KERSH,

      Plaintiff,

v.

THE DENVER SOCIAL SECURITY ADMINISTRATOR [is refusing to provide me her full name],

      Defendant.

---

## ORDER OF DISMISSAL

---

      Plaintiff, Lionel Kersh, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado Territorial Correctional Facility.  On May 20, 2013, Mr. Kersh, acting *pro se*, submitted to the Court a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).  On May 22, 2013, Magistrate Judge Boyd N. Boland ordered Mr. Kersh to show cause why he should not be denied leave to proceed pursuant to § 1915.  *See* ECF No. 5.

      Mr. Kersh seeks leave to proceed without prepayment of fees or security therefor pursuant to § 1915.  In relevant part, § 1915 provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).  For the purposes of this analysis, the Court may consider actions or appeals dismissed prior to the enactment of 28 U.S.C. § 1915(g).  *Green v. Nottingham*, 90 F.3d 415, 420 (10th Cir. 1996).

Mr. Kersh, on three or more prior occasions, has brought an action or appeal that was dismissed on the grounds that it was frivolous or failed to state a claim upon which relief may be granted.  *See Kersh v. Richardson*, No.  11-cv-01310-LTB (D. Colo. June 22, 2011) (dismissed as legally frivolous), *appeal dismissed*, No. 11-1540, 466 F. App'x 718 (10th Cir. Mar. 9, 2012) (affirming district court dismissal as frivolous; assessing strike for purposes of § 1915(g)); *Kersh v. Mueller*, No. 11-cv-01992-LTB (D. Colo. Aug. 11, 2011) (dismissed as legally frivolous), *appeal dismissed*, No. 11-1394, 450 F. App'x 744 (10th Cir. Dec. 12, 2011) (affirming district court dismissal as frivolous; assessing a strike for purposes of § 1915(g).  Each of these dismissals qualifies as a strike under § 1915(g).  *See Hafed v. Fed. Bureau of Prisons, et al.*, 635 F.3d 1172 (10th Cir. 2011).

Mr. Kersh alleges on page two of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that he is not in imminent danger of serious physical injury.  ECF No. 3 at 2.  In the complaint, he sues the Denver office of the Social Security Administrator because his Social Security disability benefit payments allegedly are being made to his legal guardian, Sandy Kersh, who Mr. Kersh contends misused the funds to buy herself an automobile and to pay rent.

Mr. Kersh has failed to show cause as directed.  The Court, therefore, finds that Plaintiff has initiated three or more actions that count as strikes pursuant to 28 U.S.C. § 1915(g) and that he is not under imminent danger of serious physical injury.  Pursuant to § 1915(g) he is precluded from bringing the instant action *in forma pauperis.*  Mr. Kersh will be denied leave to proceed pursuant to § 1915(g), and the action will be

2

dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Kersh files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that Plaintiff, Lionel Kersh, is denied leave to proceed pursuant to 28 U.S.C. § 1915 because:  (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action in a court of the United States that was dismissed on the grounds that it was frivolous or failed to state a claim; and (2) he fails to assert that he is under imminent danger of serious physical injury.  It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED June 6, 2013, at Denver, Colorado.

BY THE COURT:


 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

3